■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD K. ALLMOND, Appellant. [732 NYS2d 614] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Niagara County Court, Fricano, J.—Possessing Sexual Performance by Child.) Present—Pine, J. P., Scudder, Burns, Gorski and Lawton, JJ.